IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **ELNORA PARHAM,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**HSBC MORTGAGE CORPORATION (USA)**, *et al.*,<br><br>*Defendants*. | **Civil Action No.: 3:09-cv-832-JRS** |

## MOTION TO DISMISS THIRD AMENDED COMPLAINT

COME NOW the Defendants, HSBC Mortgage Corporation (USA) and the Federal National Mortgage Association, by counsel, and move this Court to dismiss the 3rd Amended Complaint filed against them, pursuant Rule 12(b)(6) of the Federal Rules of Civil Procedure for reasons more fully set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss Third Amended Complaint.

Respectfully submitted,

**HSBC MORTGAGE CORPORATION (USA) and FEDERAL NATIONAL MORTGAGE ASSOCIATION**

/s/Ronald J. Guillot, Jr.
Ronald J. Guillot, Jr., Esquire
Virginia State Bar No. 72153
SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462
(757) 217-9304 (Office)
(757) 497-2802 (Facsimile)
rguillot@siwpc.com
*Counsel for the Defendants, HSBC Mortgage Corporation and Federal National Mortgage Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2011, I have electronically filed the foregoing with the Clerk of Circuit Court using CM/ECF system, which will then send a copy to the following party:

Henry W. McLaughlin, III
LAW OFFICE OF HENRY MCLAUGHLIN, P.C.
Eight and Main Building
707 East Main Street, Suite 1375
Richmond, Virginia 23219
*Counsel for the Plaintiff, Elnora Parham*

/s/Ronald J. Guillot, Jr.
Ronald J. Guillot, Jr., Esquire
Virginia State Bar No. 72153
SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462
(757) 217-9304 (Office)
(757) 497-2802 (Facsimile)
rguillot@siwpc.com
*Counsel for the Defendants, HSBC Mortgage Corporation and Federal National Mortgage Association*